# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In re: Capital Consultants, Inc. § Case No. 1-14-04872
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Steven M. Carr, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $300.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $590,199.40 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $45,691.21 | |

3) Total gross receipts of $ 635,890.61 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $635,890.61 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $585,143.59 | $585,143.59 | $556,699.40 | $556,699.40 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 3,547.50 | 45,691.21 | 45,691.21 | 45,691.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 862,277.79 | 862,277.79 | 6,932.62 | 6,932.62 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 6,881,185.80 | 6,879,274.19 | 2,947,926.23 | 26,567.38 |
| **TOTAL DISBURSEMENTS** | $8,332,154.68 | $8,372,386.78 | $3,557,249.46 | $635,890.61 |

4) This case was originally filed under Chapter 7 on October 21, 2014. The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/08/2017          By: /s/Steven M. Carr
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL ESTATE - 84 Ulricktown Road, Littlestown PA | 1110-000 | 400,000.00 |
| BANK ACCOUNTS - Wells Fargo | 1129-000 | 76,896.91 |
| BANK ACCOUNTS - Susquehanna Bank | 1129-000 | 2,016.79 |
| BANK ACCOUNTS - Susquehanna Bank | 1129-000 | 223.13 |
| William B. Endslow Note | 1121-000 | 132,914.06 |
| Deichman's Depot Inc. Note | 1121-000 | 7,500.00 |
| Cindy Bowman Note | 1121-000 | 5,000.00 |
| RENT | 1122-000 | 11,339.72 |
| **TOTAL GROSS RECEIPTS** | | **$635,890.61** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2A | Internal Revenue Service | 4700-000 | 562,952.59 | 562,952.59 | 534,508.40 | 534,508.40 |
| 4A | Pennsylvania Department of Revenue | 4700-070 | 22,191.00 | 22,191.00 | 22,191.00 | 22,191.00 |
| **TOTAL SECURED CLAIMS** | | | **$585,143.59** | **$585,143.59** | **$556,699.40** | **$556,699.40** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Steven M. Carr, Trustee | 2100-000 | N/A | 35,044.53 | 35,044.53 | 35,044.53 |
| Trustee Expenses - Steven M. Carr, Trustee | 2200-000 | N/A | 324.42 | 324.42 | 324.42 |
| Attorney for Trustee Fees (Trustee Firm) - Steven M. Carr, Esquire | 3110-000 | N/A | 2,697.50 | 2,697.50 | 2,697.50 |
| Accountant for Trustee Fees (Trustee Firm) - James P. O'Mara, P.C. | 3310-000 | N/A | 850.00 | 850.00 | 850.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.88 | 10.88 | 10.88 |
| Other - INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 9.52 | 9.52 | 9.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 26.47 | 26.47 | 26.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 126.23 | 126.23 | 126.23 |
| Other - O'Donnell & Barr Law Group, LLP | 2500-000 | N/A | 2,682.26 | 2,682.26 | 2,682.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 517.07 | 517.07 | 517.07 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 718.12 | 718.12 | 718.12 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 699.62 | 699.62 | 699.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 778.63 | 778.63 | 778.63 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 925.11 | 925.11 | 925.11 |
| Other - INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 280.85 | 280.85 | 280.85 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$45,691.21** | **$45,691.21** | **$45,691.21** |

# EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$0.00** | **$0.00** | **$0.00** |

# EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2B | Internal Revenue Service | 5800-000 | 6,932.62 | 6,932.62 | 6,932.62 | 6,932.62 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NCF1 | Internal Revenue Service | 5800-000 | 855,345.17 | 855,345.17 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $862,277.79 | $862,277.79 | $6,932.62 | $6,932.62 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cathy D. Kidd | 7100-000 | 176,886.03 | 176,886.03 | 176,886.03 | 1,595.17 |
| 2C | Internal Revenue Service | 7100-000 | 1,847,822.93 | 1,847,822.93 | 0.00 | 0.00 |
| 3 | Robert A. Stevens | 7100-000 | 116,291.93 | 116,291.93 | 0.00 | 0.00 |
| 5 | Steven D. Hoffman | 7100-000 | 811,026.88 | 811,026.88 | 811,026.88 | 7,313.90 |
| 6 | Jean M. Persia | 7100-000 | 492,865.54 | 492,865.54 | 492,865.54 | 4,444.70 |
| 7 | Mark L. Casey | 7100-000 | 90,000.00 | 90,000.00 | 90,000.00 | 811.63 |
| 8 | Robert F. Kiessling | 7100-000 | 410,105.16 | 410,105.16 | 410,105.16 | 3,698.36 |
| 9 | Jayne E. Cline | 7100-000 | 48,840.67 | 48,840.67 | 48,840.67 | 440.45 |
| 10 | Charles R. and Helen R. Chubb | 7100-000 | 200,000.00 | 200,000.00 | 200,000.00 | 1,803.61 |
| 11 | Shirley J. Raber | 7100-000 | 67,773.63 | 67,773.63 | 67,773.63 | 611.19 |
| 12 | Wayne L. Smith | 7100-000 | 384,413.97 | 384,413.97 | 384,413.97 | 3,466.67 |
| 13 | Alfred D. Taylor | 7100-000 | 88,089.30 | 88,089.30 | 88,089.30 | 794.40 |
| 14 | Glenn E. Stone | 7100-000 | 176,013.44 | 176,013.44 | 176,013.44 | 1,587.30 |
| NCF2 | Bank of America | 7100-000 | 4,939.00 | 4,939.00 | 0.00 | 0.00 |
| NCF3 | Bank of America | 7100-000 | 4,072.00 | 4,072.00 | 0.00 | 0.00 |
| NCF3 | Virginia Beck | 7100-000 | unknown | N/A | N/A | 0.00 |
| NCF4 | Cap One | 7100-000 | 19,231.00 | 19,231.00 | 0.00 | 0.00 |
| NCF5 | Cap One | 7100-000 | 7,706.00 | 7,706.00 | 0.00 | 0.00 |
| NCF6 | Chase | 7100-000 | 7,385.00 | 7,385.00 | 0.00 | 0.00 |
| NCF7 | Chase | 7100-000 | 4,577.00 | 4,577.00 | 0.00 | 0.00 |
| NCF8 | Charles L. Deichman | 7100-000 | unknown | N/A | N/A | 0.00 |
| NCF9 | Rosanna Dunavin | 7100-000 | 873.83 | 873.83 | 0.00 | 0.00 |
| NCF10 | Kenneth Eshleman | 7100-000 | unknown | N/A | N/A | 0.00 |
| NCF11 | Kenneth E. Fahringer | 7100-000 | 40,616.09 | 40,616.09 | 0.00 | 0.00 |
| NCF12 | Leroy D. Hake | 7100-000 | 92,309.19 | 92,309.19 | 0.00 | 0.00 |
| NCF13 | Tucker Hake | 7100-000 | 11,108.50 | 11,108.50 | 0.00 | 0.00 |
| NCF14 | Faye V. Hall | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NCF15 | Donald Hockensmith | 7100-000 | 50,410.87 | 50,410.87 | 0.00 | 0.00 |
| NCF16 | Hilda Hockensmith | 7100-000 | 1,911.61 | N/A | 1,911.61 | 0.00 |
| NCF17 | Randy Hockensmith | 7100-000 | 39,047.03 | 39,047.03 | 0.00 | 0.00 |
| NCF18 | Ronald Hockensmith | 7100-000 | 13,812.98 | 13,812.98 | 0.00 | 0.00 |
| NCF19 | Chip & Lori Kauffman | 7100-000 | unknown | N/A | N/A | 0.00 |
| NCF20 | Kohr Electric | 7100-000 | 8,726.67 | 8,726.67 | 0.00 | 0.00 |
| NCF21 | Carolyn Krall | 7100-000 | 225,000.00 | 225,000.00 | 0.00 | 0.00 |
| NCF22 | Steven R. Krall | 7100-000 | 516,520.14 | 516,520.14 | 0.00 | 0.00 |
| NCF23 | Betty Jane Lewis | 7100-000 | unknown | N/A | N/A | 0.00 |
| NCF24 | Donald E. Lippy | 7100-000 | 264,004.59 | 264,004.59 | 0.00 | 0.00 |
| NCF25 | MIller & Miller | 7100-000 | 3,220.85 | 3,220.85 | 0.00 | 0.00 |
| NCF26 | Ernie Miller | 7100-000 | 7,444.12 | 7,444.12 | 0.00 | 0.00 |
| NCF27 | Larry Miller | 7100-000 | 10,560.19 | 10,560.19 | 0.00 | 0.00 |
| NCF28 | Margaret Miller | 7100-000 | unknown | N/A | N/A | 0.00 |
| NCF29 | Margaret (POA) Miller | 7100-000 | unknown | N/A | N/A | 0.00 |
| NCF30 | Roy Myers | 7100-000 | 4,945.63 | 4,945.63 | 0.00 | 0.00 |
| NCF31 | Jeffery S. Newman | 7100-000 | 82,041.53 | 82,041.53 | 0.00 | 0.00 |
| NCF32 | Greg Nott | 7100-000 | unknown | N/A | N/A | 0.00 |
| NCF33 | John Renda | 7100-000 | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| NCF34 | Vito Renda | 7100-000 | 290,689.66 | 290,689.66 | 0.00 | 0.00 |
| NCF35 | Rosana Dunavin ILT | 7100-000 | 35,873.83 | 35,873.83 | 0.00 | 0.00 |
| NCF36 | Bonnie Spahr | 7100-000 | unknown | N/A | N/A | 0.00 |
| NCF36 | John H. Stauffer | 7100-000 | unknown | N/A | N/A | 0.00 |
| NCF38 | H.L. Stoneberger | 7100-000 | 4,478.97 | 4,478.97 | 0.00 | 0.00 |
| NCF39 | Harold L. Stoneberger | 7100-000 | 60,924.14 | 60,924.14 | 0.00 | 0.00 |
| NCF40 | Mary E. Watson | 7100-000 | 82,516.94 | 82,516.94 | 0.00 | 0.00 |
| NCF41 | Raymond A. Zeigler | 7100-000 | 73,108.96 | 73,108.96 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $6,881,185.80 | $6,879,274.19 | $2,947,926.23 | $26,567.38 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-14-04872  
**Case Name:** Capital Consultants, Inc.

**Period Ending:** 03/08/17

**Trustee:** (580390) Steven M. Carr  
**Filed (f) or Converted (c):** 10/21/14 (f)  
**§341(a) Meeting Date:** 11/19/14  
**Claims Bar Date:** 02/21/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE - 84 Ulricktown Road, Littlestown PA | 280,880.00 | 0.00 | | 400,000.00 | FA |
| 2 | BANK ACCOUNTS - Wells Fargo | 61,987.59 | 61,987.59 | | 76,896.91 | FA |
| 3 | BANK ACCOUNTS - Susquehanna Bank | 2,025.79 | 2,025.79 | | 2,016.79 | FA |
| 4 | BANK ACCOUNTS - Susquehanna Bank | 243.13 | 243.13 | | 223.13 | FA |
| 5 | Reference books | 200.00 | 200.00 | | 0.00 | FA |
| 6 | William B. Endslow Note<br>    See Motion to Comprimise Claim | 184,505.08 | 184,505.08 | | 132,914.06 | FA |
| 7 | Deichman's Depot Inc. Note<br>    See Motion to Compromise Claim | 26,000.00 | 26,000.00 | | 7,500.00 | FA |
| 8 | Cindy Bowman Note<br>    See Motion to Compromise | 7,011.00 | 7,011.00 | | 5,000.00 | FA |
| 9 | Stephan Wagner Note<br>    Debt is uncollectable | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Joseph Poist Note<br>    Debt is uncollectable | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Craig & Carla Wolf Note<br>    Debt is uncollectable | 0.00 | 0.00 | | 0.00 | FA |
| 12 | David A. Hahn Note<br>    Debt is uncollectable | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Robert Lamparter Note<br>    Debt is uncollectable | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 2 office desks & chairs | 100.00 | 100.00 | | 0.00 | FA |
| 15 | RENT<br>    Collected rent until property sold. | Unknown | 10,000.00 | | 11,339.72 | FA |
| 15 | **Assets  Totals** (Excluding unknown values) | **$562,952.59** | **$292,072.59** | | **$635,890.61** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-14-04872  **Trustee:** (580390) Steven M. Carr
**Case Name:** Capital Consultants, Inc.  **Filed (f) or Converted (c):** 10/21/14 (f)
 **§341(a) Meeting Date:** 11/19/14
**Period Ending:** 03/08/17  **Claims Bar Date:** 02/21/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2015  **Current Projected Date Of Final Report (TFR):** June 16, 2016 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 1-14-04872 | | Trustee: | Steven M. Carr (580390) |
|---|---|---|---|---|
| Case Name: | Capital Consultants, Inc. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******6766 - Checking Account |
| Taxpayer ID #: | **-***8154 | | Blanket Bond: | $7,438,094.00 (per case limit) |
| Period Ending: | 03/08/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/02/14 | {15} | Stoney Point, Inc. | rent - Arndt | 1122-000 | 2,834.93 | | 2,834.93 |
| 12/02/14 | {15} | Stoney Point, Inc. | rent - Arndt | 1122-000 | 2,834.93 | | 5,669.86 |
| 12/02/14 | {6} | Endslow Enterprises | note payment | 1121-000 | 1,319.01 | | 6,988.87 |
| 12/16/14 | {4} | Susquehanna Bank | turnover of bank account | 1129-000 | 223.13 | | 7,212.00 |
| 12/16/14 | {3} | Susquehanna Bank | turnover of bank account | 1129-000 | 2,016.79 | | 9,228.79 |
| 12/30/14 | {15} | Stoney Point, Inc. | rent - Arndt | 1122-000 | 2,834.93 | | 12,063.72 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.88 | 12,052.84 |
| 01/06/15 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/06/2015 FOR CASE #1-14-04872, Bond #016026361 | 2300-000 | | 9.52 | 12,043.32 |
| 01/15/15 | {6} | Endslow Enterprises | note payment | 1121-000 | 1,319.01 | | 13,362.33 |
| 01/15/15 | {6} | Endslow Enterprises | note payment | 1121-000 | 1,319.01 | | 14,681.34 |
| 01/27/15 | {2} | Wells Fargo | turnover of bank account | 1129-000 | 76,896.91 | | 91,578.25 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.47 | 91,551.78 |
| 02/10/15 | {15} | Stoney Point, Inc. | rent - Arndt | 1122-000 | 2,834.93 | | 94,386.71 |
| 02/19/15 | {6} | Endslow Enterprises | note payment | 1121-000 | 1,319.01 | | 95,705.72 |
| 02/23/15 | {8} | Burrow Road Associates LP | Note payment in full per Motion to Compromise | 1121-000 | 5,000.00 | | 100,705.72 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 126.23 | 100,579.49 |
| 03/11/15 | | O'Donnell & Barr Law Group, LLP | proceeds from sale of 84 Ulricktown Road | | 397,317.74 | | 497,897.23 |
| | {1} | | | 1110-000 | 400,000.00 | | 497,897.23 |
| | | | transfer charges $4,000 minus tax credit of $1,317.74 + $2,682.26 | 2500-000 | -2,682.26 | | 497,897.23 |
| 03/17/15 | {6} | Endslow Enterprises | note payment | 1121-000 | 1,319.01 | | 499,216.24 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 517.07 | 498,699.17 |
| 04/16/15 | {6} | Endslow Enterprises | note payment | 1121-000 | 1,319.01 | | 500,018.18 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 718.12 | 499,300.06 |
| 05/13/15 | {7} | Deichmans Depot Inc. | note payment in full per Motion to Compromise | 1121-000 | 7,500.00 | | 506,800.06 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 699.62 | 506,100.44 |
| 06/03/15 | {6} | Endslow Enterprises | note payment | 1121-000 | 1,319.01 | | 507,419.45 |
| 06/19/15 | {6} | Endslow Enterprises | note payment | 1121-000 | 1,319.01 | | 508,738.46 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 778.63 | 507,959.83 |
| 07/01/15 | {6} | Land Transfer | final note payment | 1121-000 | 122,361.98 | | 630,321.81 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 925.11 | 629,396.70 |
| 01/05/16 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/05/2016 FOR CASE #1-14-04872, Bond #16026361 | 2300-000 | | 280.85 | 629,115.85 |

Subtotals : $633,208.35 $4,092.50

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 1-14-04872 | Trustee: | Steven M. Carr (580390) |
|---|---|---|---|
| Case Name: | Capital Consultants, Inc. | Bank Name: | Rabobank, N.A. |
| | | Account: | ******6766 - Checking Account |
| Taxpayer ID #: | **-***8154 | Blanket Bond: | $7,438,094.00 (per case limit) |
| Period Ending: | 03/08/17 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/06/16 | 103 | Internal Revenue Service | Dividend paid 100.00% on $534,508.40; Claim# 2A; Filed: $562,952.59; Reference: | 4700-000 | | 534,508.40 | 94,607.45 |
| 09/06/16 | 104 | Pennsylvania Department of Revenue | Dividend paid 100.00% on $22,191.00; Claim# 4A; Filed: $22,191.00; Reference: | 4700-070 | | 22,191.00 | 72,416.45 |
| 09/06/16 | 105 | James P. O'Mara, P.C. | Dividend paid 100.00% on $850.00, Accountant for Trustee Fees (Trustee Firm); Reference: | 3310-000 | | 850.00 | 71,566.45 |
| 09/06/16 | 106 | Steven M. Carr, Trustee | Dividend paid 100.00% on $35,044.53, Trustee Compensation; Reference: | 2100-000 | | 35,044.53 | 36,521.92 |
| 09/06/16 | 107 | Steven M. Carr, Trustee | Dividend paid 100.00% on $324.42, Trustee Expenses; Reference: | 2200-000 | | 324.42 | 36,197.50 |
| 09/06/16 | 108 | Steven M. Carr, Esquire | Dividend paid 100.00% on $2,697.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,697.50 | 33,500.00 |
| 09/06/16 | 109 | Internal Revenue Service | Dividend paid 100.00% on $6,932.62; Claim# 2B; Filed: $6,932.62; Reference: | 5800-000 | | 6,932.62 | 26,567.38 |
| 09/06/16 | 110 | Cathy D. Kidd | Dividend paid 0.86% on $176,886.03; Claim# 1; Filed: $176,886.03; Reference: | 7100-000 | | 1,534.60 | 25,032.78 |
| 09/06/16 | 111 | Robert A. Stevens | Dividend paid 0.86% on $116,291.93; Claim# 3; Filed: $116,291.93; Reference:<br>Voided on 12/05/16 | 7100-000 | | 1,008.91 | 24,023.87 |
| 09/06/16 | 112 | Steven D. Hoffman | Dividend paid 0.86% on $811,026.88; Claim# 5; Filed: $811,026.88; Reference: | 7100-000 | | 7,036.15 | 16,987.72 |
| 09/06/16 | 113 | Jean M. Persia | Dividend paid 0.86% on $492,865.54; Claim# 6; Filed: $492,865.54; Reference: | 7100-000 | | 4,275.91 | 12,711.81 |
| 09/06/16 | 114 | Mark L. Casey | Dividend paid 0.86% on $90,000.00; Claim# 7; Filed: $90,000.00; Reference: | 7100-000 | | 780.80 | 11,931.01 |
| 09/06/16 | 115 | Robert F. Kiessling | Dividend paid 0.86% on $410,105.16; Claim# 8; Filed: $410,105.16; Reference: | 7100-000 | | 3,557.91 | 8,373.10 |
| 09/06/16 | 116 | Jayne E. Cline | Dividend paid 0.86% on $48,840.67; Claim# 9; Filed: $48,840.67; Reference: | 7100-000 | | 423.72 | 7,949.38 |
| 09/06/16 | 117 | Charles R. and Helen R. Chubb | Dividend paid 0.86% on $200,000.00; Claim# 10; Filed: $200,000.00; Reference: | 7100-000 | | 1,735.12 | 6,214.26 |
| 09/06/16 | 118 | Shirley J. Raber | Dividend paid 0.86% on $67,773.63; Claim# 11; Filed: $67,773.63; Reference: | 7100-000 | | 587.98 | 5,626.28 |
| 09/06/16 | 119 | Wayne L. Smith | Dividend paid 0.86% on $384,413.97; Claim# 12; Filed: $384,413.97; Reference: | 7100-000 | | 3,335.03 | 2,291.25 |
| 09/06/16 | 120 | Alfred D. Taylor | Dividend paid 0.86% on $88,089.30; Claim# 13; Filed: $88,089.30; Reference: | 7100-000 | | 764.23 | 1,527.02 |
| 09/06/16 | 121 | Glenn E. Stone | Dividend paid 0.86% on $176,013.44; Claim# | 7100-000 | | 1,527.02 | 0.00 |

Subtotals : $0.00 $629,115.85

{} Asset reference(s) Printed: 03/08/2017 04:04 PM V.13.30

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 1-14-04872 | Trustee: | Steven M. Carr (580390) |
|---|---|---|---|
| Case Name: | Capital Consultants, Inc. | Bank Name: | Rabobank, N.A. |
| | | Account: | ******6766 - Checking Account |
| Taxpayer ID #: | **-***8154 | Blanket Bond: | $7,438,094.00 (per case limit) |
| Period Ending: | 03/08/17 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | 14; Filed: $176,013.44; Reference: | | | | |
| 12/05/16 | 111 | Robert A. Stevens | Dividend paid 0.86% on $116,291.93; Claim# 3; Filed: $116,291.93; Reference: Voided: check issued on 09/06/16 | 7100-000 | | -1,008.91 | 1,008.91 |
| 12/05/16 | 122 | Cathy D. Kidd | Dividend paid 0.90% on $176,886.03; Claim# 1; Filed: $176,886.03; Reference: | 7100-000 | | 60.57 | 948.34 |
| 12/05/16 | 123 | Steven D. Hoffman | Dividend paid 0.90% on $811,026.88; Claim# 5; Filed: $811,026.88; Reference: | 7100-000 | | 277.75 | 670.59 |
| 12/05/16 | 124 | Jean M. Persia | Dividend paid 0.90% on $492,865.54; Claim# 6; Filed: $492,865.54; Reference: | 7100-000 | | 168.79 | 501.80 |
| 12/05/16 | 125 | Mark L. Casey | Dividend paid 0.90% on $90,000.00; Claim# 7; Filed: $90,000.00; Reference: | 7100-000 | | 30.83 | 470.97 |
| 12/05/16 | 126 | Robert F. Kiessling | Dividend paid 0.90% on $410,105.16; Claim# 8; Filed: $410,105.16; Reference: | 7100-000 | | 140.45 | 330.52 |
| 12/05/16 | 127 | Jayne E. Cline | Dividend paid 0.90% on $48,840.67; Claim# 9; Filed: $48,840.67; Reference: | 7100-000 | | 16.73 | 313.79 |
| 12/05/16 | 128 | Charles R. and Helen R. Chubb | Dividend paid 0.90% on $200,000.00; Claim# 10; Filed: $200,000.00; Reference: | 7100-000 | | 68.49 | 245.30 |
| 12/05/16 | 129 | Shirley J. Raber | Dividend paid 0.90% on $67,773.63; Claim# 11; Filed: $67,773.63; Reference: | 7100-000 | | 23.21 | 222.09 |
| 12/05/16 | 130 | Wayne L. Smith | Dividend paid 0.90% on $384,413.97; Claim# 12; Filed: $384,413.97; Reference: | 7100-000 | | 131.64 | 90.45 |
| 12/05/16 | 131 | Alfred D. Taylor | Dividend paid 0.90% on $88,089.30; Claim# 13; Filed: $88,089.30; Reference: | 7100-000 | | 30.17 | 60.28 |
| 12/05/16 | 132 | Glenn E. Stone | Dividend paid 0.90% on $176,013.44; Claim# 14; Filed: $176,013.44; Reference: | 7100-000 | | 60.28 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 633,208.35 | 633,208.35 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 633,208.35 | 633,208.35 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $633,208.35 | $633,208.35 | |

Exhibit 9
Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| **Case Number:** | 1-14-04872 | | **Trustee:** | Steven M. Carr (580390) |
|---|---|---|---|---|
| **Case Name:** | Capital Consultants, Inc. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******6766 - Checking Account |
| **Taxpayer ID #:** | **-***8154 | | **Blanket Bond:** | $7,438,094.00 (per case limit) |
| **Period Ending:** | 03/08/17 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 633,208.35
Plus Gross Adjustments : 2,682.26
Net Estate : $635,890.61

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******6766** | 633,208.35 | 633,208.35 | 0.00 |
| | $633,208.35 | $633,208.35 | $0.00 |